UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CINDY ROBINSON,

                        Plaintiff,

                        Civil Action No.
v.                                5:17-CV-01170 (ATB)

NANCY A. BERRYHILL,                        CONSENT ORDER OF
Deputy Commissioner for Operations,         REMAND PURSUANT TO
performing the duties and functions not reserved
to the Commissioner of Social Security,          42 U.S.C. § 405(g)

                        Defendant.
-------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that this case be reversed and remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

    AND, the Court having reviewed the record in this matter;

    IT IS on this 9th day of April 2018

    SO ORDERED.

                                                                _____
                                                                Andrew T. Baxter
                                                                 U.S. Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

GRANT C. JAQUITH
United States Attorney
Northern District of New York

BY:   */s/ Padma Ghatage*
Padma Ghatage
Special Assistant United States Attorney
Bar Code No. 520461
c/o Social Security Administration
26 Federal Plaza, Room 3904
New York, New York 10278
(212) 264-0981
padma.ghatage@ssa.gov
*Attorneys for Defendant*

BY:  /s/ Karl E. Osterhout
Karl E. Osterhout, Esq.
Pennsylvania State Bar No.: 49658
Osterhout Berger Disability Law
521 Cedar Avenue, Suite 200
Oakmont, PA 15139
(412) 794-8003
*Pro Hac Vice*

BY:  /s/ Paul B. Eaglin
Paul B. Eaglin, Esquire
Bar Number: 519294
P.O. Box 6033
Syracuse, New York 13217
(877) 374-4744
peaglin@eaglinlaw.com
*Lead Counsel*
*Attorneys for Plaintiff*